THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD W. DEROTH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THAYER HOBSON and WILLIAM MORROW & COMPANY, INC., Respondents, v. HENRI WEINER and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs and the costs of motion awarded by the court at Special Term. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HARRY KAPLAN, Respondent, v. CHARLES KURLANDER and Others, Defendants, Impleaded with SAMUEL W. SIEGEL, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (November 18, 1938.)

CELIA SCHWARTZBLATT, Respondent, v. HERMAN SCHWARTZBLATT, Also Known as HERMAN SCHWARTZ, Appellant.— Order unanimously reversed and motion granted only to the extent of vacating the judgment of separation herein, allowing the defendant to interpose an answer to the complaint and restoring the action for trial to the Special Term Calendar of Bronx County. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

EDWARD ROSENBAUM, Respondent, v. LUMIN-ART DISPLAY CORPORATION and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

BANK OF YORKTOWN, Appellant, v. JOHN P. BOLAND and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Petition of METROPOLITAN LIFE INSURANCE COMPANY, Petitioner, Appellant, Respondent, against NEW YORK STATE LABOR RELATIONS BOARD and Others, Respondents, Appellants, INDUSTRIAL INSURANCE AGENTS UNION, LOCAL 30, Affiliated with the UNITED OFFICE & PROFESSIONAL WORKERS OF AMERICA, C. I. O., and PETER CALLAHAN and Others, Intervenors, Appellants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Callahan, J., dissents and votes to modify the order appealed from by striking out so much thereof as imposes any conditions in granting the cross-motion of the Board, on the ground that the matters referred to in the conditions were not presented on the motion; and to affirm the order as so modified. [168 Misc. 948.]